IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


EDWARD L. THOMPSON, SR.,
      Plaintiff,

vs.                                                                      Case No. 3:09cv384/LAC/EMT

JENT KEELS,
       Defendant.
_____/

### **O R D E R**

      Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Plaintiff has now filed a motion for leave to proceed in forma pauperis (Doc. 6).  While the handwriting on the affidavit of financial status attached to the application is difficult to read and the sums do not appear to have been correctly added, it nevertheless appears that Plaintiff indicates that his household's monthly income is approximately $1,453.00, with monthly debts totaling approximately $860.75 (*id.* at 4).  It thus affirmatively appears that leave to proceed in forma pauperis should be denied, as Plaintiff and his wife have approximately $592.25 per month available in disposable income.  Therefore, in order to proceed with this case, Plaintiff must pay the full filing fee of $350.00.

      Accordingly, it is **ORDERED**:

      1.      Plaintiff's motion to proceed in forma pauperis (Doc. 6) is **DENIED**.

      2.      Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee.

      3.      Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 29th day of September 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**