# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

EDWARD L THOMPSON, SR.

    vs                                              Case No. 3:09cv384/LAC/EMT

JENT KEELS

---

## ORDER

Plaintiff's document titled **"CAUSE," received by the clerk of the court on November 12, 2009**, was referred to the undersigned with the following deficiencies:

> The document does not have a proper signature block. The typed or printed name and address of the party filing the document must be included with the original signature. *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).
>
> The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the clerk without electronic filing.
>
> The document appears to be an attempt to respond to the court's October 30, 2009, order to show cause (Doc. 8). The time for responding to that order will soon elapse. Accordingly, the court shall give Plaintiff until **November 30, 2009**, to file a response to the order to show cause in which the above deficiencies have been corrected. <u>Alternatively</u>, by that date Plaintiff may instead submit a renewed, fully completed in forma pauperis application for the court's consideration. The clerk of court is directed to send Plaintiff a copy of the form for non-prisoner pro se parties to request leave to proceed in forma pauperis. This case number should be written on the form.

**DONE AND ORDERED** this 16th day of November 2009.

          /s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**