IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD L. THOMPSON, SR.,
    Plaintiff,

vs.                                                                         Case No. 3:09cv384/LAC/EMT

JANET KEELS
Coordinator of the Office
of Executive Clemency,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 13, 2010 (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed, if any.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendant Janet Keels (Doc. 22) is **GRANTED**.

3. This action is **DISMISSED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of April, 2010.

                                                                                   s/*L.A. Collier*
                                                                                   **LACEY A. COLLIER**
                                                                                    **SENIOR UNITED STATES DISTRICT JUDGE**